IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL LEO MARTINEZ,

    Plaintiff,

    v.

Warden MONTAL,

    Defendant.

                                /

No. C 09-2680 WHA (PR)

**ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND**

        This is a civil rights case brought pro se by a state prisoner. Plaintiff is housed at Mule Creek State Prison and the only defendant named is the warden of that prison. The complaint does not include any indication what plaintiff's claim might be or state any facts that gave rise to it. As a result, it is not possible to ascertain whether venue is proper here. *See* 28 U.S.C. 1391(b). In addition, the references to small claims court in an attachment suggest that plaintiff may have intended to file in a state small claims court, not this federal court.

        The complaint is **DISMISSED** with leave to amend to allege facts sufficient to make out a plausible claim that plaintiff's rights were violated by defendant. *See Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955, 1964-65 (2007). In the amendment plaintiff should clearly indicate where the events took place that gave rise to his complaint. If he wishes to abandon the case, he should file a voluntary dismissal. The amendment or voluntary dismissal must be filed within fourteen days of the date this order is entered.

    **IT IS SO ORDERED.**

Dated: July  29 , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\MARTINEZ2680.DWLTA.wpd