IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LEO MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Warden MONTAL,<br><br>　　　　Defendant. | No. C 09-2680 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case brought pro se by a state prisoner. The complaint was dismissed for failure to state a claim in an order entered on July 29, 2009. The dismissal was with leave to amend within fourteen days. Plaintiff has not responded. The complaint therefore is **DISMISSED** with prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August  31 , 2009.

　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\MARTINEZ2680.DSM.wpd